James Russell **MUNSON**, Jr., Appellant,

v.

**FAULKNER COUNTY, ARKANSAS; Marty Montgomery, Sheriff, Faulkner County, Arkansas; Gene Stevens, Sgt., Faulkner County Jail; Porter, Corporal, Jail Guard, Faulkner County Jail; Hall, Jail Guard, Faulkner County Jail; Kyle Kelly, Jail Administrator, Faulkner County Jail; Steve Wallace,**

**Assistant Sheriff, Faulkner County Jail; Aaron Daub, Booking, Faulkner County Jail (originally sued as Mr. Daub), Appellees.**

No. 01–2009.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 14, 2001.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

PER CURIAM.

Arkansas inmate James Russell Munson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Faulkner County and officials of the Faulkner County Jail.

Having carefully reviewed the record and the parties' submissions on appeal, we conclude that Munson's claims fail. *See Lynn v. Deaconess Med. Ctr.-W. Campus,* 160 F.3d 484, 486 (8th Cir.1998) (this court reviews de novo a grant of summary judgment, which is proper only when undisputed facts establish that moving party is entitled to judgment as matter of law).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting in part the report and recommendations of the Honorable J.T. Ray, United States Magistrate Judge for the Eastern District of Arkansas.